**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 1 2011

GREGORY C. LANGHAM
_____ CLERK

Civil Action No. 11-cv-00143-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

RANDY KAILEY,

        Plaintiff,

v.

BILL RITTER, JR., Governor for the State of Colorado, in his Individual and Official
        Capacity,
COLORADO DEPARTMENT OF CORRECTIONS, A State Entity, in its Individual and
        Official Capacity,
ARISTEDES ZAVARAS, Executive Director for the Colorado State Department of
        Corrections, in his Individual and Official Capacity,
KEITH NORDELL, Director of Legal Affairs for the Colorado State Department of
        Corrections, in his Individual and Official Capacity,
MARY CARLSON, Director of Time/Release Operations for the Colorado State
        Department of Corrections, in her Individual and Official Capacity, and
PEGGY HEIL, Director of Programs for the Colorado State Department of Corrections,
        in her Individual and Official Capacity,

        Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner Complaint.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

document is deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)     X     is not submitted
(2)     __    is missing affidavit
(3)     X     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     __    is missing certificate showing current balance in prison account
(5)     __    is missing required financial information
(6)     __    is missing an original signature by the prisoner
(7)     __    is not on proper form (must use the court's current form)
(8)     __    names in caption do not match names in caption of complaint, petition or habeas application
(9)     __    An original and a copy have not been received by the court. Only an original has been received.
(10)   X     other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11)   __    is not submitted
(12)   __    is not on proper form (must use the court's current form)
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court. Only an original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __    names in caption do not match names in text
(19)   __    other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED January 31, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00143-BNB

Randy Kailey
Prisoner No.  50247
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form** to the above-named individuals on January 31, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                       Deputy Clerk