IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00143-BNB

RANDY KAILEY,

    Plaintiff,

v.

BILL RITTER, JR., Governor for the State of Colorado, In his Individual and Official
    Capacity,
COLORADO DEPARTMENT OF CORRECTIONS, A State Entity, In its Individual and
    Official Capacity,
ARISTEDES ZAVARAS, Executive Director for the Colorado State Department of
    Corrections, In his Individual and Official Capacity,
KEITH NORDELL, Director of Legal Affairs for the Colorado State Department of
    Corrections, In his Individual and Official Capacity,
MARY CARLSON, Director of Time/Release Operations for the Colorado State
    Department of Corrections, In her Individual and Official Capacity, and
PEGGY HEIL, Director of Programs for the Colorado State Department of Corrections,
    In her Individual and Official Capacity,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE
AMENDED PRISONER COMPLAINT

---

Plaintiff, Randy Kailey, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the correctional facility in Sterling, Colorado. On March 18, 2011, Plaintiff initiated this action by filing a Prisoner Complaint. Plaintiff asserts jurisdiction in this case pursuant to 28 U.S.C. §§ 1343 and 1391 and 42 U.S.C. §§ 1983. 1985, and 1986. In the Complaint, Plaintiff challenges his conditions of his confinement. Plaintiff seeks declaratory and injunctive relief. The Court must construe the Complaint liberally because Mr. Kailey is not represented by an attorney. *See*

*Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Kailey will be ordered to file an Amended Complaint.

Mr. Kailey must name the proper parties who are responsible for violating his constitutional rights and assert each defendant's personal participation in the alleged constitutional violations. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Kailey must show that each defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A named defendant may not be held liable merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

To state a claim in federal court, a complaint must explain what each defendant did to harm a plaintiff, when the defendant did it, how the defendant's action harmed the plaintiff, and what specific legal right the plaintiff believes the defendant violated. *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Mr. Kailey file an Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Kailey, together with a copy of this Order, two copies of the Prisoner Complaint form for use in submitting the Amended Complaint. It is

FURTHER ORDERED that if Mr. Kailey fails within the time allowed to file an Amended Complaint that complies with this Order the Complaint and the action will be dismissed without further notice.

DATED March 22, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00143-BNB

Randy Kailey
Prisoner No. 50247
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on March 22, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk